# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER and ANGELA HUNTER, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TURKEY HILL, L.P. d/b/a TURKEY HILL MINIT MARKETS; THGP CO., INC.; and, THLP CO., INC.,<br><br>　　　　Defendants. | Civil Action No. 3:17-cv-00082 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action as to the Defendants.

Dated: May 22, 2017　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet (PA87338)
　　　　　　　　　　　　　　　　　　　　　　CARLSON LYNCH SWEET KILPELA
　　　　　　　　　　　　　　　　　　　　　　& CARPENTER, LLP
　　　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 322-9243
　　　　　　　　　　　　　　　　　　　　　　bsweet@carlsonlynch.com